**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**DANA M. MADONIA,**

               **Plaintiff,**

        **v.**                                  **6:09-CV-0552**

**MICHAEL J. ASTRUE,** *as Commissioner*
*of the Social Security Administration,*

               **Defendant.**
_____

**APPEARANCES:**                                **OF COUNSEL:**

Office of Peter W. Antonowicz          Peter W. Antonowicz, Esq.
148 West Dominick Street
Rome, NY 13440
Attorney for Plaintiff

Social Security Administration          Vernon Norwood, Esq.
Office of Regional General Counsel     Special Assistant U.S. Attorney
Region II
26 Federal Plaza - Room 3904
New York, NY 10278
Attorney for Defendant

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

<u>**ORDER**</u>

      The above matter comes to me following a Report-Recommendation by Magistrate Judge

Victor E. Bianchini, duly filed on the 2nd day of June 2011.  Following fourteen (14) days from

the service thereof, the Clerk has sent me the file, including any and all objections filed by the

parties herein.

      After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1.  The Report-Recommendation is hereby adopted in its entirety.

2.  The Commissioner's decision denying disability benefits is remanded for further proceedings in accordance with the Report-Recommendation and pursuant to sentence four of 42 U.S.C. Section 405(g).

3.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated:  June 20, 2011
         Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge

2